**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

N.Y.S.D. Case #
08-cr-0365(SAS)

———————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of September, two thousand and thirteen,

Before: JOSÉ A. CABRANES,
      PETER W. HALL,
      DENNY CHIN,
          *Circuit Judge*s.

—————————————————————————

United States of America,

    Appellee,

    v.

Viktor Bout, AKA Victor Anatoliyevich Bout, AKA Viktor Bulakin, AKA Viktor Butt, AKA Vadim Markovich Aminov, AKA Viktor Budd, AKA Victor But, AKA "Boris",

    Defendant - Appellant.

—————————————————————————

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 07, 2013

**JUDGMENT**
Docket No. 12-1487

The appeal in the above captioned case from a judgment of conviction of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED and the case is REMANDED in accordance with the opinion of this court.

                For The Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 11/07/2013**