U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | Page 1 of 3 | |
|---|---|---|---|---|
| 1. Program Code<br>OPERATION RELENTLESS | 2. Cross File ☒<br>Related Files ☒ ☐ ☐ | | 3. File No. ▓▓▓ | 4. G-DEP Identifier ▓▓▓ |
| 5. By: SA Rob Zachariasiewicz<br>At: SOD/BIU/OSNT | | | 6. File Title ▓▓▓ | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>03/21/08 | |
| 9. Other Officers: GS Lou Milione and SA William Brown | | | | |

10. Report Re: Post Arrest Statements of Viktor BOUT in Bangkok, Thailand on March 6, 2008.

## SYNOPSIS

On March 6, 2006, Viktor BOUT, Mikhail BELOZERSKIY and Andrew SMULIAN were detained in Bangkok, Thailand by members of the Thai Federal Police Crime Suppression Unit (CSU) working in conjunction with Agents of the Bangkok Country Office (BCO) and SOD Bilateral Investigations Unit (BIU) Narco-Terrorism Group (OSNT). Subsequent to BOUT's arrest, OSNT Agents were permitted to interview BOUT.

## DETAILS

1. On March 6, 2006, Viktor BOUT, Mikhail BELOZERSKIY and Andrew SMULIAN were detained in Bangkok, Thailand by members of the Thai Federal Police Crime Suppression Unit (CSU) working in conjunction with Agents of the Bangkok Country Office (BCO) and SOD Bilateral Investigations Unit (BIU) Narco-Terrorism Group (OSNT). There were pending Thai charges for BOUT but no such charges for BELOZERSKIY or SMULIAN. Therefore, BOUT was arrested and held while SMULIAN and BELOZERSKIY were detained and permitted to leave. (See DEA-6 written to this case file on 03/17/2006 by SA Zachariasiewicz re: "Surveillance of Viktor BOUT in Bangkok, Thailand on March 6, 2008, . . . ".)

2. Prior to their release by the CSU, Agents of the DEA Bangkok CO and SOD/BIU/OSNT were permitted to interview BELOZERSKIY and SMULIAN. (See DEA-6's written to this case file by SA Zachariasiewicz on



| 11. Distribution:<br>Division ▓▓▓<br>District ▓▓▓<br>Other | 12. Signature (Agent)<br>SA Rob Zachariasiewicz<br>14. Approved (Name and Title)<br>Lou Milione<br>Group Supervisor | 13. Date<br>4/8/08<br>15. Date<br>▓▓▓ |

DEA Form -6
(Jul. 1996)
RFZ

originating

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

5

00412

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No.  | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title  | |
| 4. Page 2 of 3 | | |
| 5. Program Code  OPERATION RELENTLESS | 6. Date Prepared  03/21/08 | |

03/21/2008 re: "Interview of Andrew SMULIAN in Bangkok, Thailand on March 6, 2008" and "Detention and Statements of Mikhail BELOZERSKIY in Bangkok, Thailand".)

3. After BOUT was processed by the CSU, Agents of SOD/BIU/OSNT were permitted to photograph and interview BOUT. (The photographs are maintained in the electronic case file.) On March 6, 2008 at approximately 5:20 p.m., SA Zachariasiewicz read BOUT his Miranda rights from a DEA Form 13A provided by GS Milione. GS Milione and SA Brown witnessed the provision of rights. The following are the statements of BOUT in substance and in part.

4. BOUT stated that he fully understood his rights and would like to speak with the Agents but was not sure what he should say. BOUT added that he did not know what he could help the Agents with or what they wanted him to say. SA Zachariasiewicz responded that BOUT and the Agents should just speak honestly with each other about BOUT's situation. BOUT stated that he may need some time to think before talking because he was not in a very good state of mind after the arrest. SA Zachariasiewicz responded that that is fine but that this may be the only opportunity that the Agents would be provided by the CSU to speak with BOUT and if he wished to talk with the Agents and/or had any questions for the Agents than it would be best to talk now because there may not be another opportunity. BOUT responded again that he did not know what there was to talk about or at which point SA Zachariasiewicz informed him that the two Hispanic persons that he just met with at the Sofitel Hotel were undercover operatives (CS- and CS- – hereafter CS1 and CS2) working for the DEA and the meeting with them was fully recorded. SA Zachariasiewicz further explained that the Agents had reviewed the recording and it had come out very clearly. BOUT then responded by stating that "if everything is recorded than you have everything – you have all the cards on the table".

5. SA Zachariasiewicz then explained to BOUT that he had read the book about BOUT called "Merchant of Death". BOUT responded that the book is "bullshit". SA Zachariasiewicz told BOUT that he believed that that may be true but that in order to understand better, BOUT should

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

00413

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

| 4. Page 3 of 3 | |
|---|---|
| 5. Program Code OPERATION RELENTLESS | 6. Date Prepared 03/21/08 |

tell SA Zachariasiewicz the truth and explain things himself. Otherwise, SA Zachariasiewicz explained, SA Zachariasiewicz had only the book to rely on for BOUT's story. BOUT responded that if everything that he says can be used in court, then he shouldn't speak at all because it was the Agents job to get him to say things. BOUT then stated that if he could speak with the Agents the next day it would be better. SA Zachariasiewicz responded to BOUT that he could stop speaking with the Agents at any time – it was completely up to him. However, it was again explained to BOUT that this was probably the only opportunity that the Thai authorities would allow the Agents to speak with BOUT and if BOUT requested that the Agents speak with him again tomorrow, the Agents would try to make this happen but it would probably not be possible.

6. BOUT then stated that his relationship to the FARC (*Fuerzas Armadas Revolucionarias de Colombia*) is not real. BOUT stated that he did not believe that CS1 and CS2 truly represented the FARC. BOUT stated that CS1 and CS2 made it very clear to him that they were representing the FARC but by the end of the meeting with CS1 and CS2, BOUT did not truly believe that the deal would go through.

7. BOUT then stated that it was probably best if he had a lawyer and that he may wish to again speak with the Agents at a later time but that he needed to think and wished to end the interview. The Agents terminated the immediately per BOUT's request.



DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.